DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANA PIERRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3344

[February 3, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 12-8643CF10A.

Martin L. Roth of Martin L. Roth, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Davis v. State*, 104 So. 3d 1279 (Fla. 4th DCA 2013).

STEVENSON, DAMOORGIAN and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***